

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00338-CR
No. 04-13-00339-CR

Elias Esequiel **VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court Nos. 11-CRS-270 & 11-CRS-272
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED December 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice